UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>)<br>  vs. )<br>)<br>ANTHONY D. HENDERSON, )<br>       Defendant. ) | CAUSE NO. 1:17-cr-00251-SEB-MJD-1 |

**COURTROOM MINUTE FOR JANUARY 10, 2023**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 6, 2022. [Dkt. 75.] Defendant appeared in person and by FCD counsel Dominic Martin. Government represented by AUSA Patrick Gibson. USPO represented by Ryan Sharp.

On July 18, 2022, Defendant had an initial appearance on the Petition, at which time the Court granted Defendant's motion to hold the Petition in abeyance pending resolution of the underlying charges. [Dkt. 83.]

Defendant waived his right to a preliminary hearing.

Defendant admitted to violation no. 1 as set forth in the Petition, and the Court found he violated the same. *See* Report and Recommendation to District Judge.

Government orally moved to dismiss violation no. 2, which motion was **granted** by the Court; violation no. 2 is hereby **dismissed**.

Defendant waived his right to have the Revocation Parameter Worksheet read in open court.

Defendant released on his current conditions of supervised released pending approval of Report and Recommendation and entry of Judgment.

Dated: 12 JAN 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system