UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY D. HENDERSON,<br>　　　　　Defendant. | )<br>)<br>)<br>)　CAUSE NO. 1:17-cr-00251-SEB-MJD-1<br>)<br>)<br>) |

**REPORT AND RECOMMENDATION**

On July 19, 2022, and January 10, 2023, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on July 6, 2022. [Dkt. 75.] Defendant appeared in person and by FCD counsel Dominic Martin. Government represented by AUSA Lindsay Karwoski and AUSA Patrick Gibson. USPO represented by Ryan Sharp.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

　　1.　　The Court advised Defendant Henderson of his rights and ensured he had a copy of the Petition [Dkt. 75]. Defendant Henderson waived his right to a preliminary hearing.

　　2.　　After being placed under oath, Defendant admitted violation no. 1 as set forth in the Petition. [Dkt. 75.] Government orally moved to dismiss the remaining violation, which motion was granted by the Court.

　　3.　　The allegation to which Defendant admitted, as fully set forth in the Petition. [Dkt. 75] is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime."** |

On July 4, 2022, at 11:29 P.M., the police were dispatched to investigate a report of shots fired. A homeowner reported he was sitting in his living room when he heard 3 gunshots. He stated it sounded like one round ricocheted around his living room. He noted a gunshot went through the storm door of his front door eventually landing on the living room floor. He observed two males standing across the street. Allegedly, Mr. Henderson came over and stated he was sorry it happened, but he did not directly admit to firing the weapon. When the responding officer arrived, he approached the two males. Mr. Henderson turned away from the officer, pulled a black object from his pants and threw it over a fence. The officer could hear the sound of metal hitting concrete. The officer placed both men in handcuffs then located a black firearm on the other side of the fence. It had one live round in the chamber and 5 live rounds in the magazine. The officer also observed 3 spent shell casings nearby in the bushes and a box of ammunition on the patio. While handcuffed, Mr. Henderson stood up and ran from the officers. He was apprehended, but he continued to yell loudly at the officers causing a disturbance.

On July 5, 2022, Mr. Henderson was charged in Marion Superior Court 31 under cause number 49D31-2207-MC-017852 with Criminal Recklessness, a Level 5 Felony; Disorderly Conduct, a misdemeanor; Carrying a Handgun Without a License, a misdemeanor; and Resisting Law Enforcement, a misdemeanor. He is being held in Marion County Jail on a $40,000 surety bond.

4. The Court finds that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is II.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The Government recommended a sentence of six months incarceration, with no supervised release to follow. Defendant proposed no further incarceration and a sentence of time served.

6.      As set forth more fully on the record of the hearing, the Magistrate Judge believes that a downward departure from the sentence range suggested by the guidelines set forth in paragraph 4 above is appropriate in this case. Defendant received felony and misdemeanor convictions for the offenses set forth in violation no. 1, pursuant to which he was sentenced to 1091 days probation, including one year of home detention. The Defendant has two jobs and recently was placed in joint custody of his three-year-old daughter. No other violations of Defendant's supervised release have been reported.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in violation no. 1 of the Petition and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to time served. The Magistrate Judge further recommends that Defendant continue on his current conditions of supervised release [Dkt. 58 at 3-4] for their remaining term (through August 30, 2024).

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated:   12 JAN 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

USMS

USPO