UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cr-00251-SEB-MJD ) |
| ANTHONY D. HENDERSON, | ) -01 ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

The Parties appeared on October 31, 2023, before United States Magistrate Judge Kellie M. Barr for a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on March 22, 2023. Defendant Anthony Henderson appeared in person and by counsel Dominic Martin of the Federal Community Defenders. Government represented by Assistant United States Attorney Patrick Gibson. United States Probation Office represented by Ryan Sharp.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with copies of the petition. Defendant waived his right to a probable cause hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Dkt. 98.]

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | " You must not commit another federal, state, or local crime." |

        On March 3, 2023, the Indianapolis State Police identified several street racing / street takeover groups who have been engaging in a variety of corrupt business practices and criminal activities including taking over Indianapolis city streets, parks, businesses, parking lots, and interstates. At approximately 10:00 p.m., 25 Indiana State Troopers and Indianapolis Metropolitan Police Department Officers were deployed to a parking lot where a suspected street takeover group was located. There were 100 plus high-performance vehicles and several hundred spectators gathered. Undercover officers began identifying drivers and vehicles that were involved. When the officers descended on to the parking area, many of the participants attempted to flea the area. An officer observed an individual driving a 2014 Dodge Challenger attempting to leave. The driver was identified as Anthony D. Henderson. He initially denied being involved as a participant in the street takeover event. The officer showed Mr. Henderson a video of him spinning and drifting his vehicle. Once confronted, he admitted he participated in burning out and spinning but lied because he was on federal probation for weapons violations. He was arrested and released on his own recognizance the following day. On March 16, 2023, Mr. Henderson was charged in Marion Superior Court 17 under cause number 49D17-2303-CM-007631 with Criminal Recklessness, a misdemeanor. At the hearing, he was taken into custody on a Violation of Probation filed under cause number 49D31-2207-F5-018378.

4.     The Parties stipulated that:

    (a)    The highest grade of violation is a Grade C violation.

    (b)    Defendant's criminal history category is II.

    (c)    The guideline range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months imprisonment.

5.     The Parties jointly recommended a sentence of 6 months of imprisonment with the Bureau of Prisons, with no supervision to follow.

    The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that his

supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 6 months with no supervision to follow.

Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Magistrate Judge recommends placement at Federal Prison Camp at Terre Haute.

The Parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge. The Parties waived the fourteen-day period to object to the Report and Recommendation.

**IT IS SO RECOMMENDED.**

Date: 11/1/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Electronic Notice to USMS-C

Electronic Notice to USPO